7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Connie Marie O'Neal ––ABOVE MED––
*Debtor*

*Bankruptcy Case No.*
16–40365–drd13

**State of Kansas Department of Labor**
    Plaintiff(s)

*Adversary Case No.*
16–04036–drd

v.

**Connie Marie O'Neal**
    Defendant(s)

# JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant O'Neal to KDoLin the amount of $1407, which is subject to statutory interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $18.19 as of the filing of the lead bankruptcy matter herein, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 1328. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant O'Neal.



                                               PAIGE WYMORE–WYNN
                                               Acting Court Executive

                                               By: /s/ Kristina D. Richardson
                                                   Deputy Clerk

Date of issuance: 4/20/16

Court to serve